In the United States District Court

for the _____ District of _____ Massachusetts _____

United States of America

v.

Craig Phillips

Criminal No. 10-40014-FDS

'10 CR 3839 JLS

**FILED**
SEP 28 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Consent to Transfer of Case

for Plea and Sentence

(Under Rule 20)

I, _____ Craig Phillips _____, defendant, have been informed that a _____ information _____ (indictment, information, complaint) is pending against me in the above designated cause. I wish to plead _____ guilty _____ (guilty, nolo contendre) to the offense charged, to consent to the disposition of the case in the _____ Southern _____ District of _____ California _____ in which I _____ reside _____ (am under arrest, am held) and to waive trial in the above captioned District.

Dated: 7-20-2010, _____ at San Diego

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendant)

Approved

_____
United States Attorney for the
_____ District of _____
Massachusetts

_____
United States Attorney for the
_____ Southern _____ District of
California

FORM USA-153
SEP 82

U.S. Department of Justice          Rule 20 -- Transfer Notice

| To: United States Attorney's Office | District<br>District of Massachusetts | Date |
|---|---|---|
| Name of Subject:<br>Craig Phillips | Statute Violated<br>18 U.S.C. 1030 | File Data *(Initials and Number)*<br>10-40014-FDS |

### Part A -- District of Arrest

☐ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the changes pending against him in your court. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is a certified copy of waiver of indictment by defendant. Kindly file criminal information and forward two certified copies thereof.

☒ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceeding or certified copies thereof to the Clerk of the Court in this district in accordance with the Rule Docket No.

☐ Other *(Specify)*:

☐ The above-named defendant entered a plea of guilty under Rule 20.
    Date of Plea      Date of Sentence      Sentence

I hereby certify on 9/17/10 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☒ electronically filed original filed on 9/16/10
☐ original filed in my office on _____

Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: _____
Deputy Clerk

| From *(Signature and Title)* | Address | U.S. Attorney's Office<br>Southern District of California |
|---|---|---|

### Part B -- District of Offense

☒ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at _____ on _____ at _____ o'clock

*(Kindly notify me of any anticipated delay)*

☒ Enclosed are two certified copies of indictment or information      Docket No. 10-40014-FDS

☒ Please have defendant execute waiver of indictment.

☐ Other *(Specify)*:

| Signature *(Name and Title)*<br>Carmen M. Ortiz<br>United States Attorney | District<br>District of Massachusetts | Date<br>7/28/10 |
|---|---|---|

See United States Attorneys Manual 9-14.000 for an explanation of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.
Replaces OBD-101, Fed. 83 edition may be used

FORM USA-231
NOV. 85

CLOSED, VICTIM

## United States District Court
## District of Massachusetts (Worcester)
## CRIMINAL DOCKET FOR CASE #: 4:10-cr-40014-FDS All Defendants

| | |
|---|---|
| Case title: USA v. Phillips | Date Filed: 06/10/2010 |
| | Date Terminated: 09/17/2010 |

Assigned to: Judge F. Dennis Saylor, IV

### Defendant (1)

| | | |
|---|---|---|
| **Craig Phillips**<br>*TERMINATED: 09/17/2010* | represented by | **Knut S. Johnson**<br>Law Office of Knut S. Johnson<br>1010 Second Avenue, Suite 1850<br>San Diego, CA 92101<br>619-232-7080<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Retained |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1030(a)(4) and 2 Aiding and Abetting Computer Fraud<br>(1) | Rule 20 transfer out to the Southern District of California. |

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| None | |

### Plaintiff

| | | |
|---|---|---|
| USA | represented by | **Adam J. Bookbinder**<br>United States Attorney's Office |

                                           John Joseph Moakley Federal
Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3112
Fax: 617-748-3960
Email: adam.bookbinder@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/10/2010 | 1 | INFORMATION (Felony) as to Craig Phillips (1) count(s) 1. (Attachments: # 1 JS45)(Shattuck, Deborah) (Entered: 06/10/2010) |
| 06/15/2010 |  | ELECTRONIC NOTICE OF PLEA HEARING as to Craig Phillips. Change of Plea Hearing set for 7/29/2010 AT 11:00AM in Courtroom 2 - Worcester before Judge F. Dennis Saylor IV. Defendant shall report to Pretrial Services by 9:00AM on 7/29/10 for processing.(Castles, Martin) (Entered: 06/15/2010) |
| 07/26/2010 |  | Judge F. Dennis Saylor, IV: ELECTRONIC ORDER entered. ORDER CANCELING DEADLINE as to Craig Phillips. Rule 11 Hearing set for 7/29/10 is hereby canceled. Dft has consented to Rule 20 transfer. Rule 20 papers to be filed by parties. (Castles, Martin) (Entered: 07/26/2010) |
| 09/16/2010 | 2 | MOTION to Transfer Case *via Rule 20* to Southern District of California. as to Craig Phillips by USA, Craig Phillips. (Bookbinder, Adam) (Entered: 09/16/2010) |
| 09/17/2010 |  | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Southern District of California Counts closed as to Craig Phillips (1) Count 1. (See Rule 20 papers filed as motion to transfer, docket #2) (Castles, Martin) (Entered: 09/17/2010) |
| 09/17/2010 |  | Case Terminated as to Craig Phillips (Castles, Martin) (Entered: 09/17/2010) |
| 09/17/2010 |  | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Southern District of California Counts closed as to Craig Phillips (1) Count 1. (Certified Documents mailed to USDC, Southern District of California.) (Jones, Sherry) (Entered: 09/17/2010) |

I hereby certify on 9/17/10 that the foregoing document is true and correct copy of the
☑ electronic docket in the captioned case
☐ electronically filed original filed on _____
☐ original filed in my office on _____
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| CRAIG PHILLIPS, | ) | 18 U.S.C. §§1030, 2 (Computer Intrusion, Aiding and Abetting) |
| | ) | |
| Defendant | ) | |

**INFORMATION**

The United States Attorney charges:

## BACKGROUND

1. At all times relevant to this Information, CRAIG PHILLIPS was an individual living in San Diego, California.

2. Beginning in or about 2003, PHILLIPS was an officer of TCNISO, INC. ("TCNISO"), a California-based company that developed, distributed, and sold "cable modem hacking" software and hardware products.

3. TCNISO's products were designed to modify cable modems so that users could access Internet Service Providers' ("ISPs") networks without authorization in order to obtain internet service without making the required payment. TCNISO also offered ongoing customer support to assist its users with their cable modem hacking.

4. Phillips's roles at TCNISO included book-keeping, shipping cable modems, and providing customer support. Phillips also allowed his name and identifying information to be used on various TCNISO corporate filings and financial accounts.

5. Certain ISPs provide internet service through cable networks, charging subscribers a monthly fee for this internet access and typically charging an additional premium if subscribers

want faster internet access.

6.  In order to access the internet through a cable network, a subscriber installs a cable modem, which connects the subscriber's computer to the ISP's cable network. Each cable modem is assigned a theoretically unique MAC (or "media access control") address that identifies the specific modem to the ISP. This unique MAC address is designed to allow the ISP to associate the cable modem with a particular paying cable subscriber and to ensure that only paying subscribers are accessing the ISP's network.

7.  When a computer user seeks to access the internet, the user's modem will report its MAC address to the ISP, and if the ISP recognizes the modem's MAC address as belonging to a paying subscriber, the ISP will allow the user to access the internet via the ISP's network. The ISP will also deliver a unique "configuration file" to the modem that determines, among other things, the speed with which the internet access will be delivered.

8.  "Cable modem hacking" includes the alteration of the modem's software for the purpose of accessing an ISP's network without authorization in order to obtain internet service without paying for that service. In order to steal internet service, the computer user's modem is modified so that it uses, without authorization, a MAC address that belongs to the cable modem of a legitimate, paying internet service subscriber. This is often referred to as MAC address "cloning" (or "spoofing").

9.  "Cable modem hacking" also includes the modification of a modem to use, without authorization, a configuration file associated with premium, higher-speed service, which allows a hacker to increase (or "uncap") the internet service speed without paying the required premiums. Additionally, "cable modem hacking" – particularly MAC address cloning or spoofing – can be used

2

to mask the user's online identity.

10. One user of TCNISO's products was an individual known by the online moniker "DShocker," who lived in Worcester, Massachusetts, and with whom Phillips communicated on at several occasions.

11. In approximately 2005, DShocker downloaded TCNISO's Sigma software to his home computer. He then used TCNISO's forums and other means to trade for stolen MAC addresses belonging to legitimate Charter Communications ("Charter") internet subscribers and used Sigma to change his modem's MAC address to one of these stolen Charter MAC address. DShocker was then able to connect to the internet via Charter's network without paying.

## COUNT ONE
(Aiding and Abetting Computer Fraud)
18 U.S.C. §§1030(a)(4) and 2

12. The United States Attorney realleges and incorporates by reference paragraphs 1-11 of this Information, and further charges that:

13. From approximately 2005 through approximately 2006, in the District of Massachusetts and elsewhere, the defendant,

**CRAIG PHILLIPS,**

did aid and abet others, including DShocker, in knowingly and with intent to defraud, accessing a protected computer without authorization, and exceeding authorized access, and by means of such conduct, furthering the intended fraud and obtaining something of value.

All in violation of 18 U.S.C. §§1030(a)(4) and 2.

CARMEN M. ORTIZ
United States Attorney

By: _____
Adam J. Bookbinder
Assistant United States Attorney
Mona Sedky, Trial Attorney
U.S. Department of Justice

Dated: June 10, 2010

4

Case 4:10-cr-40014-FDS   Document 1-1   Filed 06/10/10   Page 1 of 2

%JS 45 (5/97) - (Revised USAO MA 11/15/05)

**Criminal Case Cover Sheet**              **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    Category No. __III__    **Investigating Agency** __FBI__

**City** __Worcester__        **Related Case Information:**

**County** __Worcester__        Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __08-1682-TSH__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Craig Phillips__      Juvenile ☐ Yes ☒ No

Alias Name _____

Address _____

Birth date (Year only): __1982__ SSN (last 4 #): ____ Sex __M__ Race: __Caucasian__ Nationality: __USA__

Defense Counsel if known: __Knut Johnson__    Address: __1010 Second Avenue, Suite 1850__
                                                                 __San Diego, California 92101__

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Adam Bookbinder__    Bar Number if applicable __566590__

Interpreter: ☐ Yes ☒ No    List language and/or dialect: _____

Victims: ☒ Yes ☐ No   If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) ☐ Yes ☒ No

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested     ☒ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document: ☐ Complaint   ☒ Information   ☐ Indictment

Total # of Counts: ☐ Petty ____ ☐ Misdemeanor ____ ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/10/10      Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Number |
|---|---|---|
| Set 1  18 USC 1030, 2 | Computer Intrusion, aiding and abetting | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

I hereby certify on 9/17/10 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on _____
☑ original filed in my office on 6/10/10

Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts

By: _____
Deputy Clerk