AO 455 (Rev. 5/85)   Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| CRAIG PHILLIPS | CASE NUMBER: 10CR3839-JLS |

I, CRAIG PHILLIPS, the above-named defendant, who is accused of committing the felony offense of Aiding and Abetting Unauthorized Access to a Computer with Intent to Defraud, from approximately 2005 through approximately 2006, in violation of Title 18, United States Code, Sections 1030(a)(4) and 2; being advised of the nature of the charge, the proposed Information, and of my rights, hereby waive in open court on October 14, 2010, prosecution by Indictment in the District of Massachusetts and consent that the proceeding may be by Information rather than by Indictment.

Dated: 10/14/10

_____
CRAIG PHILLIPS
Defendant

_____
KNUT JOHNSON
Attorney for Defendant

Before: _____
HONORABLE BARBARA LYNN MAJOR
United States Magistrate Judge