# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA   )   CASE NUMBER __10CR 3839-JLS__
                           )
vs                         )   ABSTRACT OF ORDER
                           )   Booking No. __22277-298__
CRAIG PHILLIPS             )
                           )
                           )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __10/14/2010__

the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

____X_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

             _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

                                         Barbara Lynn Major
                                         UNITED STATES MAGISTRATE JUDGE

                                                    OR
Received _____        W. SAMUEL HAMRICK, JR.   Clerk
              DUSM                       by
                                            _____ Deputy Clerk

Crim-9   (Rev 6-95)                                     ☆ U.S. GPO: 1996-783-398/40151

                                         M. Behning

CLERK'S COPY