Knut S. Johnson
CA Bar No. 125725
The Executive Complex
1010 Second Avenue,
Suite 1850, San Diego, CA 92101
Tel (619)237-0309 Fax (619)237-8052

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (THE HONORABLE JANIS L SAMMARTINO)

| | |
|---|---|
| UNITED STATES GOVERNMENT, | Case No. 10CR-3839-S |
| Plaintiff, | |
| vs. | **JOINT MOTION MODIFYING** |
| CRAIG PHILLIPS, | **DEFENDANT'S CONDITION** |
| Defendant, | **OF RELEASE** |

The parties, Mitchell D Dembin, Assistant United States Attorney, and Knut S. Johnson, counsel for defendant, Craig Phillips respectfully request that the travel condition restricting travel to the Southern District of California be modified to allow the defendant to travel throughout the State of California. Zena Ajou of Pretrial Services has no opposition to the modification of Pretrial Release conditions.

Dated: 03/14/11          /S/ Mitchell D Dembin by consent
                         LAWRENCE A. CAPER
                         Assistant United States Attorney


Dated: 03/14/11          /S/ *Knut S. Johnson*
                         KNUT S. JOHNSON
                         Attorney for Craig Phillips

---

*Joint Motion Modifying Defendant's Condition of Release, U.S. v. Phillips* **10CR-3839-S**

KNUT S. JOHNSON
California State Bar # 125725
The Executive Complex
1010 Second Avenue, Suite 1850
San Diego, California  92101
(619) 237-0309

# THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (THE HONORABLE JANIS L SAMMARTINO)

| | |
|---|---|
| United States of America, | Case No. 10CR-3839-S |
| Plaintiff, | |
| vs. | **PROOF OF SERVICE** |
| CRAIG PHILLIPS, | |
| Defendant, | |

I, the undersigned, hereby declare as follows:

1. I am over 18 years of age, a resident of the County of San Diego, State of California, counsel for the Defendant and that my address is 1010 Second Avenue, Suite 1850, San Diego, CA 92101;

2. That today I served the Joint Motion Modifying Defendant's Conditions of Release on opposing counsel by causing to be delivered by e-filing to the Office of the Clerk; and that I mailed a copy to Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 14, 2011                    /S/Knut S. Johnson
                                          Knut S. Johnson

---

*Joint Motion Modifying Defendant's Condition of Release, U.S. v. Phillips* **10CR-3839-S**