# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
# (THE HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES GOVERNMENT, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CRAIG PHILLIPS, ) <br> ) <br> Defendant, ) <br> ) <br> ) <br> ) | Case No. 10-CR-3839-JLS <br><br> **ORDER GRANTING JOINT MOTION MODIFYING DEFENDANT'S CONDITIONS OF RELEASE** |

Pursuant to joint motion,

**IT IS ORDERED** that the travel conditions restricting travel to the Southern District of California be modified to allow the defendant to travel throughout the State of California.

. **IT IS SO ORDERED**.

Dated: March 16, 2011

_____
HON. JANIS L. SAMMARTINO
U.S. District Court Judge

---

*Order Granting Joint Motion Modifying Defendant's Conditions of Release, U.S. v. Phillips, 10cr-3839-JLS*

**1**