# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
# (THE HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES,<br><br>           Plaintiff,<br><br>      vs.<br><br>CRAIG PHILLIPS,<br><br>           Defendant, | ) Case No. 10CR-3839-JLS<br>)<br>)<br>) **ORDER GRANTING JOINT**<br>) **MOTION TO CONTINUE**<br>) **SENTENCING**<br>)<br>)<br>)<br>) |

Pursuant to joint motion,

**IT IS ORDERED** that the sentencing hearing presently set for June 17, 2011 to continued to December 2, 2011 at 9:00 a.m.

**IT IS SO ORDERED**.

Dated:  June 13, 2011

*Janis L. Sammartino*
HON. JANIS L. SAMMARTINO
U.S. District Court Judge

---

*Order Granting Joint Motion for Continuance of Sentencing, 10cr3839-JLS*

**1**