KNUT S. JOHNSON
CA Bar No. 125725
The Executive Complex
1010 Second Avenue,
Suite 1850, San Diego, CA 92101
Tel (619)232-7080 Fax (619)232-7324
Attorney for Defendant: Craig Phillips

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(THE HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES GOVERNMENT, | Case No. 10-CR-3839-JLS |
| Plaintiff, | |
| vs. | **DEFENDANT'S SIGNED AKNOWLEDGMENT OF NEXT COURT DATE** |
| CRAIG PHILLIPS | |
| Defendant, | |

I, Craig Phillips, hereby acknowledge that my next court date is February 17, 2012 at 9:00a.m., at which time I will appear before this Court for sentencing hearing in the above entitled matter.

Dated: 11/23/11

_____
Craig Phillips

*Acknowledgment of Next Court Date, U.S. v. Phillips,* **10-CR-3839-JLS**

1

KNUT S. JOHNSON
California State Bar # 125725
The Executive Complex
1010 Second Avenue, Suite 1850
San Diego, California  92101
Phone (619) 232-7080 Fax (619) 232-7324

# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
# (THE HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| United States of America, | ) Case No. 10CR-3839-JLS |
| Plaintiff, | ) |
| vs. | ) |
| CRAIG PHILLIPS, | ) **PROOF OF SERVICE** |
| Defendant, | ) |

I, the undersigned, hereby declare as follows:

1. I am over 18 years of age, a resident of the County of San Diego, State of California, counsel for the Defendant and that my address is 1010 Second Avenue, Suite 1850, San Diego, CA 92101;

2. That today I served the Defendant's Acknowledgment of Next Court Date on opposing counsel by causing to be delivered by e-filing to the Office of the Clerk; and that I mailed a copy to Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 30, 2011                              /S/ Knut S. Johnson
                                                      Knut S. Johnson

---

*Defendant's Acknowledgment of Next Court Date, U.S. v. Phillips,* **10CR-3839-JLS**