Knut S. Johnson
CA Bar No. 125725
The Executive Complex
1010 Second Avenue,
Suite 1850, San Diego, CA 92101
Tel (619)232-7080 Fax (619) 232-7324

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(THE HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES GOVERNMENT, | Case No. 10CR-3839-JLS |
| Plaintiff, | |
| vs. | **JOINT MOTION TO CONTINUE SENTENCING HEARING** |
| CRAIG PHILLIPS, | |
| Defendant, | |

The parties, Sabrina Feve, Assistant United States Attorney, and Knut S. Johnson, counsel for defendant, Craig Phillips respectfully request that the sentencing hearing presently set for February 17, 2012 be continued to May 4, 2012 at 9:00 a.m.

Dated: 2/13/12            /S/ Sabrina Feve by consent
                          SABRINA FEVE
                          Assistant United States Attorney


Dated: 2/13/12            /S/ *Knut S. Johnson*
                          KNUT S. JOHNSON
                          Attorney for Craig Phillips

---

*Joint Motion To Continue Sentencing Hearing, U.S. v. Phillips* **10CR-3839-JLS**

KNUT S. JOHNSON
California State Bar # 125725
The Executive Complex
1010 Second Avenue, Suite 1850
San Diego, California 92101
Phone (619) 232-7080 Fax (619) 232-7324

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(THE HONORABLE JANIS L. SAMMARTINO)

| United States of America, | ) Case No. 10CR-3839-JLS |
|---|---|
| Plaintiff, | ) |
| vs. | ) PROOF OF SERVICE |
| CRAIG PHILLIPS, | ) |
| Defendant, | ) |

I, the undersigned, hereby declare as follows:

1. I am over 18 years of age, a resident of the County of San Diego, State of California, counsel for the Defendant and that my address is 1010 Second Avenue, Suite 1850, San Diego, CA 92101;

2. That today I served the Joint Motion to Continue Sentencing on opposing counsel by causing to be delivered by e-filing to the Office of the Clerk; and that I mailed a copy to Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 13, 2012         /S/Knut S. Johnson
                                  Knut S. Johnson

*Joint Motion To Continue Sentencing Hearing, U.S. v. Phillips* 10CR-3839-JLS